Thomas INGRASSIA, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 50037.

Missouri Court of Appeals, Eastern District, Division One.

March 25, 1986.

Motion for Rehearing and/or Transfer Denied April 22, 1986.

James C. Ochs, Clayton, for movant-appellant.

John M. Morris, Atty. General's Office, Jefferson City, for respondent.

ORDER

PER CURIAM:

Order of the trial court overruling and dismissing movant's petition pursuant to Rule 27.26 affirmed. Rule 84.16(b).